# UNITED STATES DISTRICT COURT

## DISTRICT OF KANSAS

### JUDGMENT IN A CIVIL CASE

**CHARLOTTE YVONNE KESTER**
**LAUREN BROOKE KESTER**
**ISAAC NATHAN KESTER,**
        **PLAINTIFFS,**

**v.**                                            **CIVIL NO. 05-2031-CM**

**STATE OF KANSAS**
**KATHLEEN L. SLOAN**
**JERRY SHARBUTT**
**JOYCE HARDING**
**RUTH L. LANDAU**
**THOMAS RAITHEL**
**Does 1 through 3,**
        **DEFENDANT**

( )    **JURY VERDICT.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

( x )    **DECISION BY THE COURT.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

      **IT IS ORDERED AND ADJUDGED** plaintiffs to take nothing and the action is dismissed. Defendants to recover of plaintiffs their cost of action.

**Dated: June 9, 2005**        **RALPH L. DeLOACH, CLERK**

                                        <u>s/Yolanda J. Holman</u>
                                        Yolanda J. Holman, Deputy Clerk

**ENTERED ON THE DOCKET DATE: 6/9/05**